IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUAVE'S TUCKPOINTING CORPORATION, an Illinois Corporation, and FELIPE RAZON, </br></br>Plaintiffs/Counter-Defendants, </br></br>v. </br></br>INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS, </br></br>Defendant/Counterclaimant. | Case No. 13 C 942 </br></br>Judge Kendall </br></br>Magistrate Judge Finnegan |

## JUDGMENT ORDER

This matter came before the Court on the motion for a default judgment and entry of a final order filed by Administrative District Council 1 of Illinois of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Union"), the Court has examined the Union's submissions and is fully informed, and it appears that good cause exists for granting the Union's motion and entering this Judgment Order.

Therefore, IT IS ORDERED as follows:

1. The Union's motion for entry of a default judgment and final order against Plaintiffs/Counter-Defendants Suave's Tuckpointing Corporation and Felipe Razon is granted;

2. Judgment is entered against Suave's Tuckpointing Corporation and Felipe Razon, jointly and severally, in the amount of $686,864.87, along with interest from June 21, 2013 to the date of payment at the rate of 10% a year on $675,072.12 of that amount, and interest at the statutory rate on the remaining $11,792.75.

3. Suave's Tuckpointing Corporation and Felipe Razon, are ordered, jointly and severally, to provide a $120,000.00 bond in the required form, or to make an additional payment to the Union of $120,000.00 to serve as a cash bond;

4. Suave's Tuckpointing Corporation and Felipe Razon, are ordered, jointly and severally, to refrain from performing any work within the Union's geographic and craft jurisdiction, regardless of the name or business form used, until they make the required payment and provide the bond or cash bond;

5. Suave's Tuckpointing Corporation and Felipe Razon are ordered, jointly and severally, if they resume performing covered work, to employ stewards on all jobs, to provide weekly reports of all work or the absence of any work, to report all masonry cleaning work at least 48 hours in advance, and to use either their own employees or employees of a certified mason cleaning contractor to perform any such work.

6. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

SO ORDERED.

_____
Virginia M. Kendall, J.

Date: 6-19-13