**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS,** | ) ) ) ) ) | |
| | ) | **Case No. 13 C 942** |
| **Judgment Creditor,** | ) ) | |
| **v.** | ) ) | **Judge Kendall** |
| | ) | **Magistrate Judge Finnegan** |
| **SUAVE'S TUCKPOINTING CORP., an Illinois corporation, and FELIPE RAZON,** | ) ) ) | |
| **Judgment Debtors.** | ) | |

**<u>UNION'S EMERGENCY MOTION FOR A RULE TO SHOW CAUSE</u>**

International Union of Bricklayers and Allied Craftworkers, Administrative District Council 1 of Illinois (the "Union"), through its attorneys, respectfully moves for an order directing Judgment Debtor Suave's Tuckpointing Corp. ("Suave's") and its president, Judgment Debtor Felipe Razon (jointly, "Judgment Debtors"), to appear and show cause for their failure to comply with the Court's order that they refrain from working within the Union's geographic and craft jurisdiction until the judgment balance is paid and a bond provided, and to prohibit them from continuing to work. In support of this motion, the Union states as follows:

1.      On June 19, 2013 (all dates 2013 except as noted) the Court entered judgment in favor of the Union and against the Judgment Debtors, jointly and severally, in the total amount of $686,864.87, plus an additional payment of $120,000.00 to serve as a cash bond (a copy of the judgment is attached as Exhibit A). To date, the Judgment Debtors have paid nothing on the judgment.

2.      The Court's order also ordered the Judgment Debtors "to refrain from performing any work within the Union's geographic and craft jurisdiction, regardless of the name or business form used, until they make the required payment and provide the bond or cash bond" (Ex. A ¶4).

3.      Recently, the Union has discovered that Suave's is performing work within the Union's geographic and craft jurisdiction, by serving as the masonry contractor for a project at 6760 South Stony Island in Chicago, the owner of which is The Stony Group, LLC.  A copy of the permit information is attached as Exhibit B; Suave's appears on the second page.  Further, the Union's representative observed masonry work in progress at the location on or about October 7.

4.      Based on the status of the work, the Union estimates that the work has been underway for several days and will be completed in several more weeks.  Accordingly, the Union requests a prompt ruling from this Court specifically barring the Judgment Debtors from continuing with the work at 6760 South Stony Island in Chicago.  Otherwise, the work may be completed and it will be impossible to undo the harm from the violation of this Court's order.

5.      To allow for expedited disposition of this motion, the Union has noticed the motion for presentment on Tuesday, October 15 and has taken or will take the following steps to provide expedited notice of that presentment date:

(a)      By next-day delivery and first-class mail to Felipe Razon at 2221 S. Austin Blvd., Cicero, IL 60804, which is the address listed for Suave's registered agent and for Mr. Razon as president of Suave's.

(b)      By first-class mail to Felipe Razon at 3119 S. 60th Court, Cicero, IL 60804, which the Union believes to be a business address for Suave's.

(c)      By messenger to Harlan Kahn, Registered Agent for The Stony Group, LLC, at 150 N. Wacker Dr., Ste. 1400, Chicago, IL 60806, which is his listed address as Registered Agent.

(d)      By first-class mail to Theaster Gates Jr., managing member of The Stony Group, LLC,

at his listed address of 6918 S. Dorchester, Chicago, IL 60637.

(e)     Attempting to reach Mr. Razon and Mr. Kahn by telephone about the October 15 presentment date of this motion.


WHEREFORE, the Union moves the Court to issue an order requiring the Judgment Debtors to appear and show cause why they should not be held in contempt of court; to enjoin, restrain, and prohibit them from continuing to work at 6760 South Stony Island in Chicago, Illinois; and to take such other action as the Court deems necessary to secure compliance with its order of June 19, 2013.


                                        Respectfully Submitted,
                                        /s/ Josiah A. Groff
                                        Josiah A. Groff
                                        One of Union's Attorneys

Barry M. Bennett (#6194493)
Josiah A. Groff (#6289628)
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361

October 9, 2013